```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DR. MARK SINCLAIR,                                                :
:
Plaintiff,                                                        :
:                    21-cv-5138 (LJL)
-v-                                                               :
:                         ORDER
INSTITUTE FOR FAMILY HEALTH,                                      :
:
Defendant.                                                        :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a postdiscovery status conference with all parties present on October 6, 2022. Defendant shall file its summary judgment motion by December 6, 2022. Plaintiff shall file its opposition to summary judgment by January 9, 2023. Defendant shall file its reply by January 20, 2023. The Court directs the parties to meet and confer as to submitting a Joint Rule 56.1 Statement setting out all facts as to which the parties agree.

      SO ORDERED.

Dated: October 7, 2022
       New York, New York                    _____
                                                       LEWIS J. LIMAN
                                            United States District Judge